[No. 8066–1–I.   Division One.   January 19, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ARVEL
RAY GOODWIN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89883, T. Patrick Corbett, J., entered September 24, 1979. *Dismissed* by unpublished opinion per
Swanson, J., concurred in by Williams and Andersen, JJ.

[No. 7838–1–I.   Division One.   January 19, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ELBERT
CHARLES FOSTER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89738, Gerard M. Shellan, J., entered July 11,
1979. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Swanson and Andersen, JJ.

[No. 8073–3–I.   Division One.   January 19, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DELAUN
K. DAMPER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–8–00847–0, William C. Goodloe, J., entered
September 28, 1979. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Swanson and Andersen, JJ.